| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pohorelsky, Viktor V. | 2. Court or Organization<br><br>U.S. District Court, EDNY | 3. Date of Report<br><br>05/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (full) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>225 Cadman Plaza East<br>Room 518N<br>Brooklyn, New York 11201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Studio In A School (teaching) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | January 31-February 1, 2017 | Miami, Florida | ERISA Litigation Seminar (panelist) | Transportation, meals, lodging |
| 2. | American Conference Institute | February 28-March 1, 2017 | Chicago, Illinois | ERISA Litigation Seminar (panelist) | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education, William D. Ford Federal Direct Loan Program | Student Loan | K |
| 2. | U.S. Department of Education (Navient) | Student Loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Apartment; Brooklyn NY | E | Rent | N | W | | | | | |
| 2. Boeing, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 3. Voya Core Equity Research Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Oppenheimer Rochester Fund Municipals Fund A Mutual Fund | A | Dividend | | | Sold | 08/29/17 | K | A | |
| 5. Lake Charles LA vacant lot; undivided one sixth interest | | None | J | W | | | | | |
| 6. Citibank interest bearing checking account | A | Interest | J | T | | | | | |
| 7. Citibank savings account | A | Interest | L | T | | | | | |
| 8. TD Bank interest bearing checking account | A | Interest | J | T | | | | | |
| 9. Nationwide Insurance IRA - Variable Annuity Contract (H) | | | | | | | | | |
| 10. -NVIT Government Bond Fund | | None | J | T | | | | | |
| 11. -NVIT Nationwide Fund | | None | K | T | | | | | |
| 12. Citibank IRA (H) | | | | | | | | | |
| 13. -ClearBridge Equity Income Builder Fund Class A | A | Dividend | K | T | | | | | |
| 14. Prudential IRA (H) | | | | | | | | | |
| 15. -Calamos Growth & Income Fund | A | Dividend | | | Sold | 10/20/17 | J | A | |
| 16. -Nuveen Core Equity Alpha Fund | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 17. -First Eagle Global Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Clearbridge Aggressive Growth Fund Class A | A | Dividend | J | T | | | | | |
| 19. -Moneymart Assets Inc. Money Market Fund | A | Dividend | J | T | | | | | |
| 20. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 21. Johnson & Johnson Co. Common Stock a | A | Dividend | J | T | | | | | |
| 22. Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 23. Educaton Savings Plan # 1 (H) Scholars Edge: New Mexico 529 Program | | | | | | | | | |
| 24. -Portfolio 100 A | | None | K | T | | | | | |
| 25. -Dreyfus Research Growth Portfolio | | None | J | T | | | | | |
| 26. -Main Street Mid Cap Portfolio A | | None | J | T | | | | | |
| 27. Moneymart Assets Inc. Money Market Fund | A | Dividend | K | T | Buy (add'l) | 09/01/17 | K | | |
| 28. | | | | | Sold (part) | 10/20/17 | J | A | |
| 29. Equitable Whole Life Policy | | None | K | T | | | | | |
| 30. Express Scripts Holding Company | A | Dividend | | | Sold | 08/29/17 | J | C | |
| 31. SPDR Dow Jones REIT | A | Dividend | | | Sold | 10/18/17 | J | A | |
| 32. Berkshire Hathaway Inc. Class B | | None | J | T | Buy | 10/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 9: The Nationwide Insurance IRA is a Variable Annuity Contract which does not yield income such as dividends or interest. The investment is a purchase of "unites" of accounts which are in turn invested in mutual funds. The number of units purchased remains essentially the same (slight deductions are taken annually for administrative fees), but the value of each unit increases or decreases with fluctuations in the mutual funds markets.

Part VII, Line 22: The Education Savings Plan #1 operates under the name Scholar's Edge and is offered by The Education Trust Board of New Mexico. It is an Internal Revenue Code Section 529 Trust, serving as an investment vehicle to provide for higher education expenses             . The monies invested (known as contributions) are used to purchase units in various investment portfolios which in turn invest in mutual funds or other investment instruments. The value of each unit increases or decreases with fluctuations in the value of the mutual funds or other investment instruments in which the investment portfolio is invested. No income is received by, and no distributions are made to, the investors except that the investors may redeem units to pay for the educational expenses of the children for whose benefit the investment contributions are made.

Part VII, Lines 4 and 30: The proceeds of these sales were used to purchase additional shares of the fund listed at Line 27.

Part VII, Lines 15 and 16: Virtually all of the proceeds of the sale listed at Line 15 were used to purchase the securities listed at Line 16.

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/07/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Viktor V. Pohorelsky**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544